IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS AND RESOURCES, AND EILEEN TEACHOUT-SMITH, <br><br> PLAINTIFFS, <br><br> v. <br><br> THE MELLOW MUSHROOM RESTAURANT AND WILLIAM H. CARLISLE, <br><br> DEFENDANTS. | CASE NO 3:06CV505-H <br> JUDGE _____ <br> MAGISTRATE _____ |

PROPOSED ORDER GRANTING
PERMISSION TO PRACTICE IN A PARTICULAR CASE

THIS CAUSE came before consideration by this court of a motion by counsel for Plaintiffs to practice in a particular case.

The court has considered the motion and pertinent portions of the record, and being otherwise fully advised of the premises, the court ORDERS, ADJUDGES, AND THE DECREES that this motion is granted.

DONE AND ORDERED IN CHAMBERS this __18th__ day of __December__, 200_6_.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE