# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV505-H

| | |
|---|---|
| DISABILITY RIGHTS AND RESOURCES, and EILEEN TEACHOUT-SMITH, )<br><br>Plaintiffs, )<br>v. )<br>)<br>THE MELLOW MUSHROOM RESTAURANT, and WILLIAM H. CARLISLE, )<br><br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court upon the Plaintiffs' "Motion for an Order Deeming Valid Service of Process to Have Been Achieved on Defendant William H. Carlisle, or, in the Alternative, an Order Granting a Sixty Day Extension of Time within which to Achieve Service of Process" (document #7), and "Memorandum of Law in Support . . ." (document #8), both filed April 6, 2007. Additionally, also before the Court is the Plaintiffs' "Motion for an Order Granting a Sixty Day Extension of Time within which to Achieve Service of Process" (document #9), and "Memorandum of Law in Support . . ." (document #10), both filed on April 6, 2007.

In each Motion, the Plaintiffs seek an additional sixty days in which to serve each of the Defendants.  **FOR GOOD CAUSE SHOWN**, the Motions (document ## 7, 9) are **GRANTED**. The Plaintiffs shall have an additional sixty days in which to effect service of process on Defendant The Mellow Mushroom Restaurant, and on Defendant William H. Carlisle.

**SO ORDERED.**

Signed: April 9, 2007

Carl Horn, III
United States Magistrate Judge