UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-cv-505-RJC

| | |
|---|---|
| DISABILITY RIGHTS AND RESOURCES AND EILEEN TEACHOUT-SMITH, )))) | |
| Plaintiffs, )) | ORDER |
| v. )) | |
| THE MELLOW MUSHROOM RESTAURANT AND WILLIAM H. CARLISLE, ))) | |
| Defendants. | |

**THIS MATTER** is before the Court on the plaintiff's Motion to Voluntarily Dismiss Claims against the defendant Mellow Mushroom Restaurant, pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 21).

**THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion is **GRANTED**, and this matter against the defendant Mellow Mushroom Restaurant is **DISMISSED** without prejudice.

Signed: September 8, 2008

_____
Robert J. Conrad, Jr.
Chief United States District Judge