IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS AND RESOURCES AND EILEEN TEACHOUT-SMITH, <br><br> PLAINTIFFS, <br><br> v. <br><br> THE MELLOW MUSHROOM RESTAURANT, AND WILLIAM H. CARLISLE, <br><br> DEFENDANTS. | CASE NO 3:06-CV-505-DCS |

FINAL ORDER

For good shown and pursuant to the parties' joint Motion for an Order of Dismissal, this Court hereby **ORDERS, ADJUDGES** and **DECREES** this action is hereby dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own attorney fees and costs.

**SO ORDERED**.

Signed: July 8, 2009

David S. Cayer
United States Magistrate Judge