# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Disability Rights and Resources et al,

       Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:06cv505

The Mellow Mushroom Restaurant et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/8/2009 Order.

       Signed: July 8, 2009

       Frank G. Johns, Clerk
       United States District Court